IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ISAIAH SCOTT BOONES | § | |
| v. | § | CIVIL ACTION NO. 6:07cv54 |
| DIRECTOR, TDCJ-CID | § | |
| and | | |
| ISAIAH SCOTT BOONES | § | |
| v. | § | CIVIL ACTION NO. 6:07cv74 |
| DIRECTOR, TDCJ-CID | § | |

<u>MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ORDER OF CONSOLIDATION</u>

The Petitioner Isaiah Scott Boones, proceeding *pro se*, filed these two habeas corpus applications under 28 U.S.C. §2254 complaining of the legality of his conviction. Both petitions challenge the same conviction and raise the same grounds for relief. This Court ordered that the cases be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

On February 14, 2007, the Magistrate Judge issued a Report recommending that the two petitions be consolidated into a single action, styled <u>Isaiah Scott Boones v. Director, TDCJ-CID</u>, cause no. 6:07cv54. The Magistrate Judge further recommended that Boones only be charged one filing fee for this consolidated petition.

A copy of this Report was sent to Boones at his last known address, return receipt requested, but no objections have been received; accordingly, he is barred from *de novo* review by

1

the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge and has determined that this Report is correct. It is accordingly

ORDERED that the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

ORDERED that the above-styled civil actions be and hereby are CONSOLIDATED for all purposes into one application for the writ of habeas corpus, styled as Boones v. Director, TDCJ-CID, civil action no. 6:07cv54. *See* Rule 42(a), Fed. R. Civ. P. Any pleadings or documents received in either case shall be docketed in this cause; no further entries, after this order of consolidation, shall be made on the docket of cause no. 6:07cv74. It is further

ORDERED that, inasmuch as cause no. 6:07cv74 is wholly subsumed within cause no. 6:07cv54, a separate filing fee shall not be charged for cause no. 6:07cv74. This does not relieve Boones of the obligation to pay the filing fee for cause no. 6:07cv54, as set out in 28 U.S.C. §1915(b), or to seek leave to proceed *in forma pauperis* as specified in this Court's order of February 6, 2007. This order of consolidation shall not affect the substantive rights of any party to this case.

**SIGNED this 21st day of March, 2007.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE